## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| ROSA COLLINS, | : | Case No. 1:21-cv-526 |
| | : | |
| Plaintiff, | : | Judge Michael R. Barrett |
| | : | |
| v. | : | **ANSWER OF CITY OF** |
| | : | **CINCINNATI** |
| METROPOLITAN SEWER | : | |
| DISTRICT OF GREATER | : | |
| CINCINNATI, et al., | : | |
| | : | |
| Defendants. | : | |

_____

Now come Defendants the City of Cincinnati and City as an agent for Defendant Board of County Commissioners of Hamilton County, Ohio in the management and operation of the Metropolitan Sewer District of Greater Cincinnati ("MSD") (collectively the "City"), by and through counsel, and for their Answer to Plaintiff's Complaint, state as follows:

## **INTRODUCTION**

1. The City of Cincinnati admits that Plaintiff has brought a civil action against Defendants but denies the remainder of the allegations in Paragraph 1. MSD is not *sui juris* and therefore is not a proper party to this lawsuit.

2. The City denies the allegations in Paragraph 2.

3. The City denies the allegations in Paragraph 3.

4. The City denies the allegations in Paragraph 4.

5. Paragraph 5 states Plaintiff's view of what their Complaint says. It does not contain an averment to which a response is required. If a response is required, the City denies any allegations in Paragraph 5.

6. Paragraph 6 states Plaintiff's view of what their Complaint says. It does not contain an averment to which a response is required. If a response is required, the City denies any allegations in Paragraph 6.

## JURISDICTION AND VENUE

7. The City admits that this Court has jurisdiction.

8. The City admits that this Court has jurisdiction.

9. The City admits that this Court has personal jurisdiction over the City of Cincinnati, but denies that the Court has personal jurisdiction over MSD because MSD is a subdivision of the City of Cincinnati and lacks capacity to be sued.

10. The City admits that venue in this Court is proper.

## DESCRIPTION OF THE PARTIES AND FACTUAL BACKGROUND

11. The City admits that Plaintiff is a resident of Hamilton County, Ohio, who resides and owns real estate at 4365 Virginia Avenue. The City denies for want of knowledge the remainder of Paragraph 11.

12. The City denies that MSD is a separate and independent legal entity, but rather a county sewer district established by the Board of County

Commissioners of Hamilton County (*see generally* R.C. Chapter 6117) and managed and operated by the City of Cincinnati. The City admits that the Board of Commissioners is a political subdivision of the State of Ohio and the governing body of the County. The City denies the remainder of Paragraph 12.

13. The City denies that MSD is a separate and independent legal entity, but rather a county sewer district established by the Board of County Commissioners of Hamilton County (*see generally* R.C. Chapter 6117) and managed and operated by the City of Cincinnati. The City admits that the City manages and operates MSD under the terms of the 1968 agreement, which has been amended from time to time. The City denies the remainder of Paragraph 13.

14. The City denies that MSD is a separate and independent legal entity, but rather a county sewer district established by the Board of County Commissioners of Hamilton County (*see generally* R.C. Chapter 6117) and managed and operated by the City of Cincinnati. The City admits that the City manages and operates MSD under the terms of the 1968 agreement, which has been amended from time to time. The City denies the remainder of Paragraph 14.

15. The City admits that the City and County are governmental entities subject to certain restrictions under the United States Constitution, but denies any implication that they violated their constitutional obligations.

16. Paragraph 16 contain statements of law, which are not averments to which a response is required. The City denies Paragraph 16 to the extent it is inconsistent with the Consent Decree, the 1968 Agreement, or the laws under which the Defendants operate.

17. Paragraph 17 contain statements of law, which are not averments to which a response is required. The City denies Paragraph 17 to the extent it is inconsistent with the Consent Decree, the 1968 Agreement, or the laws under which the Defendants operate.

18. Paragraph 18 contain statements of law, which are not averments to which a response is required. The City denies Paragraph 18 to the extent it is inconsistent with the Consent Decree, the 1968 Agreement, or the laws under which the Defendants operate.

19. The City denies the allegations in Paragraph 19.

20. The City denies the allegations in Paragraph 20.

21. The City denies the allegations in Paragraph 21.

22. The City denies for want of knowledge the allegations in Paragraph 22.

23. The City denies the allegations in Paragraph 23. The City denies that such a statement would have any bearing on the claims raised by Plaintiff in this action. The City has resolved claims with 30 individuals who suffered losses associated with the release of stormwater from the North basin on June 15 - 16, 2019. Plaintiff is one of the two remaining unresolved claims. The City resolved the personal property claim of Plaintiff, but Plaintiff denied access for

the City to view and evaluate the extent of the real property claim, preventing

a final resolution of their claim.

24. The City denies the allegations in Paragraph 24.

25. The City denies the allegations in Paragraph 25.

26. The City denies the allegations in Paragraph 26.


## DEFENDANTS' WRONGFUL ACTS HAVE CAUSED, AND CONTINUE TO CAUSE, DAMAGES AND A TAKING UNDER THE FIFTH AND FOURTEENTH AMENDMENTS

27. The City denies for want of knowledge the allegations in Paragraph 27.

28. The City denies for want of knowledge the allegations in Paragraph 28.

29. The City denies for want of knowledge the allegations in Paragraph 29.

30. The City denies for want of knowledge the allegations in Paragraph 30.

31. The City denies for want of knowledge the allegations in Paragraph 31.

32. The City denies for want of knowledge the allegations in Paragraph 32.

33. The City denies for want of knowledge the allegations in Paragraph 33.

34. The City denies for want of knowledge the allegations in Paragraph 34.

35. The City denies for want of knowledge the allegations in Paragraph 35.

36. The City denies for want of knowledge the allegations in Paragraph 36.

37. The City admits that Plaintiff has allowed contractors that she selected to

enter her home to assess her property conditions. Neither the City, nor its

contractors, have been allowed to enter Plaintiff's property to complete similar

evaluations. As such, the City lacks knowledge or information sufficient to form a belief as to whether the allegations regarding extent of damage and required remediation and restoration of her home are true. The City denies the remainder of the allegations in Paragraph 37.

38. The City denies for want of knowledge the allegations in Paragraph 38. Plaintiff has denied access for the City to view and evaluate the extent of real property damages.

39. The City denies the allegations in Paragraph 39.

40. The City denies the allegations in Paragraph 40.

41. The City admits that it entered into an "expedited claims protocol" and that Plaintiff submitted a claim to the Defendants on January 3, 2020. In order to evaluate Plaintiff's claims, the City has requested access multiple times since January 17, 2020, to Plaintiff's home so that it could make an independent evaluation of property conditions and probable cost to remediate and restore the property. Despite repeated efforts and proposals by the City, Plaintiff denied access to the property, preventing resolution of her claim. The City denies the remainder of the allegations in Paragraph 41.

42. The City denies for want of knowledge the allegations in Paragraph 42.

43. The City admits that the Defendants and Plaintiff agreed to toll applicable limitations periods and other timeliness requirements for the period of June 1, 2021 through and including August 15, 2021 for the June 15/16 flooding claims. The City admits that Plaintiff filed this complaint on August 16, 2021, the first

day following expiration of the tolling agreement. The City denies the remainder of the allegations in Paragraph 43.

## CLAIM FOR RELIEF – NEGLIGENCE

44. The City incorporates by reference each and every response to Paragraphs 1 through 43 of the Answer.

45. The City denies the allegations in Paragraph 45.

46. The City denies the allegations in Paragraph 46.

47. The City denies the allegations in Paragraph 47.

## CLAIM FOR RELIEF – VIOLATION OF CONSTITUTIONAL RIGHTS

## UNDER THE FIFTH AND FOURTEENTH AMENDMENTS

## AND 42 U.S.C. § 1983

48. The City incorporates by reference each and every response to Paragraphs 1 through 47.

49. Paragraph 49 is Plaintiff's statement of law, which is not an averment to which a response is required. The City denies any implication that it acted in derogation of any of Plaintiff's rights.

50. The City admits that the takings clause of the Fifth Amendment of the Constitution provides that "private property shall not be taken for public use, without just compensation" and that the Fifth Amendment is made applicable to States through the Fourteenth Amendment, which provides that no State

shall "deprive any person of life, liberty, or property without due process of law." The City denies the remainder of the allegations in Paragraph 50 and denies any implication that it acted in derogation of Plaintiff's rights.

51. Paragraph 51 is Plaintiff's statement of law, which is not an averment to which a response is required. The City denies any implication that it acted in derogation of any of Plaintiff's rights.

52. The City denies that MSD is a local governing body or person since MSD is a subdivision of the City of Cincinnati and lacks capacity to be sued, but the City admits the remainder of the allegations in Paragraph 52.

53. The City denies the allegations in Paragraph 53.

54. The City denies the allegations in Paragraph 54.

55. The City denies the allegations in Paragraph 55.

56. The City denies the allegations in Paragraph 56.

57. The City denies the allegations in Paragraph 57.

58. The City denies the allegations in Paragraph 58.

59. The City denies the allegations in Paragraph 59. The City did investigate the root causes of the June 15/16 flooding event, please see the **attached** report from Clyde Wilber, dated April 3, 2020. Plaintiff's counsel was provided a copy of this report on or about April 10, 2020.

60. The City denies the allegations in Paragraph 60.

61. The City denies the allegations in Paragraph 61.

62. The City denies the allegations in Paragraph 62.

63. The City denies the allegations in Paragraph 63.

## **CLAIM FOR RELIEF – DECLARATORY JUDGMENT**

64. The City incorporates by reference each and every response to Paragraphs 1 through 63.

65. The City admits the allegations in Paragraph 65.

66. The City denies the allegations in Paragraph 66.

67. The City denies the allegations in Paragraph 67.

68. The City denies the allegations in Paragraph 68.

69. The City denies the allegations in Paragraph 69.

70. The City denies the allegations in Paragraph 70.

The City denies each and every other allegation in Plaintiff's Complaint not otherwise specifically admitted.

## **AFFIRMATIVE DEFENSES**

1. The City reserves the right to amend this Answer to assert any other matter that constitutes an avoidance or affirmative defense under Fed. R. Civ. P. 8(c).

2. The Metropolitan Sewer District of Greater Cincinnati is not an entity capable of being sued and should be dismissed from this action.

3. The City denies each and every statement, allegation, and averment contained in the complaint which is not specifically admitted.

4. The City is entitled to immunity under Ohio Revised Code 2744 and one or more federal and state constitutional, statutory, or common law immunities.

5. Plaintiff's claims are barred by a lack of causation, including a lack of proximate cause.

6. Any damage to Plaintiff was caused by unforeseeable, independent, intervening or superseding events beyond the control and unrelated to the conduct of the City.

7. Plaintiff's claims are barred by the applicable statute of limitations.

8. Plaintiff failed to state a claim upon which relief may be granted under Fed. R. Civ. P. 12.

9. Plaintiff's damages, if any, were caused by actions of third parties over whom the Defendants exercised no authority or control.

10. Plaintiff's claims, in whole or in part, are barred by the doctrines of contributory negligence, comparative fault, or assumption of risk.

11. The City is entitled to the setoff provided in R.C. 2744.05.

12. The City will offer proof to the defense of Plaintiff's failure to mitigate damages.

13. Plaintiff has failed to join all necessary and proper parties.

14. The City reserves the right to raise such further defenses as shall become manifest during or upon completion of discovery.

WHEREFORE, having fully answered Plaintiff's Complaint, Defendants pray that Plaintiff's Complaint be dismissed, with prejudice, at Plaintiff's costs and that Defendants be permitted to go henceforth without further costs and delay.

Respectfully submitted,

ANDREW W. GARTH
CITY SOLICITOR,
CITY OF CINCINNATI

*/s/Joseph C. Neff*
Emily Smart Woerner (0089349)
Scott M. Heenan (0075734)
Joseph C. Neff (0086419)
Neal A. Frink (0070673)
Senior Assistant City Solicitors
801 Plum Street, Room 214
Cincinnati, OH 45202
Phone: (513) 352-3334
Fax: (513) 352-1515
emily.woerner@cincinnati-oh.gov
scott.heenan@cincinnati-oh.gov
joseph.neff@cincinnati-oh.gov
neal.frink@cincinnati-oh.gov
*Counsel for City of Cincinnati*

## CERTIFICATE OF SERVICE

I hereby certify that on October 15th, 2021, I electronically filed the foregoing Answer of Defendants to Complaint with the Clerk of the Court using the CMF/ECF system that will send notification of such filing to all parties of record.

*/s/Joseph C. Neff*
Joseph C. Neff (0086419)

**ATTACHMENT- CLYDE WILBER, DATED APRIL 3, 2020**

Metropolitan Sewer District of

Greater Cincinnati's (MSDGC) CSO 125 project

MSDGC West Fork CSO 125 Project, June 15-16, 2019 Flood Event Investigation[1]

Clyde Wilber LLC

April 3, 2020

## Introduction and Executive Summary

In June of 2019, the Northside community of Cincinnati experienced flooding in the area of an MSDGC consent decree project involving construction of two earthen storage basins designed to reduce combined sewer overflows (CSOs) discharged into the West Fork Creek from CSO 125. The project, which was under construction at the time of the flooding, was designed by CDM Smith using a version of EPA's Stormwater Management Model (SWMM), which had been primarily developed by CDM in 2003, and which was calibrated by both CDM and Arcadis during development of the project.

This report examines the flooding event and evaluates whether and how the CSO 125 project contributed to the flooding. As discussed below, the area impacted by the June 2019 flooding was historically susceptible to overland flooding during rain events, but the status of the CSO 125 project appears to have contributed to that flooding during the June 2019 event. In particular, the following factors appear to have contributed to the flooding:

- The North Basin does not include a spillway designed to protect the embankment from breach and channel excess flow safely downstream.
- The design of the North Basin Outlet Structure may provide less capacity to utilize the Combined Sewer than existed before the project. This may have contributed to washout of the embankment and to increased flooding during the June 2019 event.
- The North Basin embankment was under construction at the time of the June 2019 event, and it is unclear whether the embankment was completed to its full height before the June 2019 event. If the embankment was not at its full height, this could have decreased the flow conveyed by the existing 96 inch combined sewer and increased the flow over the embankment.
- In addition, while not confirmed as a factor in the June 2019 flooding, the design greatly underestimates the flow from the design storm, posing a risk of increased flooding during future significant rain events. Specifically, the North Basin does not have sufficient capacity to protect against a 100-year storm, as required by the design documents. Engineering calculations and an MSDGC modeling run conducted as part of this review suggest that the Basin should be designed to handle a 100-year design flow of approximately 1,840 CFS. This estimate is approximately 67% higher than the 1,100 CFS that CDM used to design the North Basin.

These issues and other flaws in the design of the basins, discussed below, are likely to increase flooding in the area during future events and should be addressed by MSDGC prior to placing the basins back in service.

---

[1] This report is written for the internal use of MSDGC and its consultants. The reader is assumed to have a basic understanding of the project and its elements.

# CSO 125 Project Description

In June of 2019, two new[2] earthen storage basins designed by CDM Smith (CDM Smith, 2018)[i] for MSDGC were under construction in the Northside community of Cincinnati.  These basins in combination with a new stormwater express sewer, were designed to limit stormwater flow into the Combined Sewer System and reduce combined sewer overflow. The following Figure FR1 (Smith, CSO 125 Stream Separtion Project No,. 10240018 Basis of Design Memorandum Final Design Update, 2017) and Figure FR2 (ARCADIS, 2016) depict the principal elements of the project:



Figure 1-2: CSO 125 Stream Separation project area and proposed improvements.



Figure 1-1  CSO 125 Watershed Hydraulic Components

Figure FR1                                                Figure FR2

The CSO 125 project is comprised of the following principal elements:

- **Existing Combined Sewer** – (shown in Figure FR2 – Not shown in Figure FR1). This sewer existed before the project, with  multiple purposes, conveying flows above and through the area of the homes along Kirby and Virginia avenues.  The flows conveyed included the following:
  - During dry weather, base streamflow from above the North Basin, stormwater and sanitary wastewater downstream to the MSD collection system.
  - Sanitary wastewater from the homes along Kirby Ave
  - During light rainfall, combined stormwater and sanitary flows are conveyed to the MSD for treatment
  - During times of moderate and high rainfall this Combined Sewer also conveys flow to the West Fork overflow at CSO 125.

  This large Combined Sewer begins above the North Basin as a 72" stormwater only sewer as shown in Figure FR1 above.  There are two stream inlet structures, one on each side of Kirby, above the North Basin.  Stormwater flows from these inlet structures join together and are conveyed to the 96"sewer that enters the North Basin. These inlets capture flow from

---

[2] Facilities described here as new were designed by CDM.

approximately 840 acres of land.   The inlet structure on the east side of Kirby is show below in Figure FR3 (Smith, CSO 125 Stream Separtion Project No,. 10240018 Basis of Design Memorandum Final Design Update, 2017) and in Photo KR4:



Figure 1-1: Perennial stream flowing into existing combined sewer just west of Kirby Avenue



Figure FR3                    Photo KR4

The existing Combined Sewer is a 96" sewer through the area of the North Basin and transitions to a 96"x 92" horseshoe shaped arch sewer below the North Basin and continuing on past the Martha Basin and eventually to CSO 125.  With the installation of the new Sanitary Sewer described below, flow in this sewer is stormwater only above the Martha Basin.  Below the Martha Basin this large sewer accepts both sanitary and storm flow (it is truly a combined sewer below the Martha Basin). For clarity, this existing sewer is technically now a stormwater sewer above the Martha Basin (after installation of the new sanitary sewer described below), but is referred to hereafter as a Combined Sewer throughout its length.

- **New Sanitary Sewer** – The new Sanitary Sewer installed during the project removes all the sanitary wastewater from the homes above the Martha and North basins.  The flow remaining in the Combined Sewer is base dry weather creek flows and stormwater.  The installation of the Sanitary Sewer separates the entire drainage area above the Martha and North Basins converting the existing Combined Sewer into a storm sewer.

- **Basin Outlet Pipe (BOP)** - The BOP is a new 36" sewer designed to divert base dry weather and moderate stormwater flow from the combined sewer.  A sewer with this function is sometimes referred to as an "Express Sewer."  The BOP carries the base dry weather streamflow, stormwater flow, and stormwater stored in the basins described below.   All flow conveyed in the BOP during rainfall and while draining the basins is flow that does not discharge out CSO 125.  Instead this flow is conveyed to West Fork for discharge as stormwater.  This reduction in CSO is the principal purpose of the project.  This pipe does not convey sanitary flow.

- **North Basin** – This Basin (shown conceptually below (Smith, CSO 125 Stream Separtion Project No,. 10240018 Basis of Design Memorandum Final Design Update, 2017)) is designed to carry or store flow for discharge to the 36" BOP. During dry weather periods all streamflow flows into the BOP.  During small to moderate rainfall when the BOP capacity is exceeded, flow is stored in the North Basin for discharge in the BOP after the rainfall recedes.  During high rainfall, when both the capacity of the BOP and the storage capacity of the basin are exceeded, the excess flow is discharged out of the North Basin Outlet Structure into the existing combined sewer.  This North Basin Outlet Structure is needed to convey large flows into the Combined Sewer when the Basin is full.



Figure 3-2: Conceptual schematic showing general layout of proposed North Basin

- **Martha Basin** – This Basin (shown conceptually below (Smith, CSO 125 Stream Separtion Project No,. 10240018 Basis of Design Memorandum Final Design Update, 2017)) has a similar design to the North Basin to address stormwater to the west of the Martha Basin.  It differs from the North Basin in that it has an outlet spillway to divert flow to the existing combined sewer.



Figure 3-4: Conceptual schematic showing general layout of proposed Martha Basin

The area experienced substantial rainfall late on June 15, 2019 and continuing into June 16.  Flooding occurred in and around Kirby Avenue from the area upstream of the North Basin extending to the Martha Basin.

## Reconstruction of Events

Multiple consequences resulted from the June rainfall events. The following may not be chronological:

- **Kirby Road Topped** – Flow to the inlet shown in Figure FR1 above backed up and flowed over Kirby Road.  This  location is also shown in this series of photos:
  - KR1 is the 72" Combined sewer inlet on the east side of Kirby
  - KR2 shows the area south of the inlet that flooded
  - KR3 shows the area where flow passed over Kirby road
  - KR4 shows the guard rail with debris from the flow passing over Kirby road and into the flow way leading to the North basin.  The North Basin is also show.





Photo KR1          Photo KR2          Photo KR3          Photo KR4

This upstream Kirby Road flow had three possible flow paths as follows:
- o Flow entered the natural channel on the west side of Kirby and flowed southward into the North basin - see Photo KR4 guard rail
- o Flow that did not fit in the natural channel moved south down Kirby and entered the North Basin via the yet to be completed north access Road – see upper left of KR4.
- o Flow that did not utilize the above paths, continued down Kirby toward Martha Street.

- **Existing Combined Sewer not fully Utilized -** MSD has a flow monitoring station located in the Combined Sewer just above the Martha Basin.  The flow at this point of the Combined Sewer includes flow from the North Basin and significant additional drainage areas below the North Basin.  The Combined Sewer at this point is a 96X92 horseshoe shaped sewer.  MSDGC monitoring indicated the depth in this sewer reached about 56" with an estimated flow of about 900 cubic feet per second (CFS).

- **North Basin Embankment failure** - At some point during the June 2019 storm, a breach in the embankment occurred. There are several potential causes for the embankment failure including:

  - o The North Basin Outlet Structure did not operate as designed and was unable to convey the flow into the Combined Sewer.  This reduced flow into the combined sewer would result in the North Basin filling and the embankment breach.
  - o The lack of vegetation on the embankment reduced it efficacy.
  - o The embankment was not completed to its full design elevation.
  - o The storm was larger than the project was designed for.

    Each of these possibilities are examined below.

- **North Basin Excess Flow Path** - The excess flow that could not enter and be conveyed by combined sewer flowed through the North Basin due to the embankment breach and had the following flow paths:
  - o Some of the upstream flow that flowed over Kirby Road above the North Basin entered the channel on the west side of Kirby Road and flowed into the North Basin, some flow may have also continued down Kirby Road toward Martha Street.
  - o Flow that exited through the North Basin embankment breach flowed both into Kirby Road and into the natural channel below the North Basin.

- **South of the North Basin** - flow was conveyed down Kirby Road and in the natural channel west of Kirby.

- **When the flow reached Martha Street** - some of the flow turned west down Martha and then south into the Martha Basin.
  - o The Martha Basin spillway conveyed flow toward a 24" inlet that is intended to convey flow to the combined sewer.  However, this inlet was either blocked, too small to

convey the flow or both.  As a result, the flow overtopped the Martha Basin and flooded the homes east of the Martha Basin on the west side of Kirby.

- **The 36" BOP capacity was exceeded** – The BOP accepts flow from both the North Basin and the Martha Basin.  More flow entered the BOP from the basins than it could carry. BOP Manholes rims in Martha Street just above the Martha basin area are at a relative low point along the BOP length.   Due to receiving more flow that it could handle, the BOP surcharged during the June 2019 event to a level above these rims and flow was discharged to the street.

# Lines of investigation

Causes and remedies were evaluated through the following Lines of Investigation:

1. Rainfall
2. Hydrology and Hydraulics
3. Conveyance into the North Basin
4. North Basin Outlet Structure  to Combined Sewer
5. Spillway
6. Embankment Design and Construction
7. Freeboard
8. Status of construction
9. 24" storm
10. Basin Outlet Pipe

### 1. Rainfall

#### Evaluation

The CDM criterion (CDM Smith, 8-10-2010) for rainfall was stated as follows:

> "Contain 100-year design storm while without encroaching on freeboard"

The amount of rain from the 100-year design storm is typically taken from data published by NOAA (NOAA).

Rain drives the flow stormwater that runs off land and into streams, pipes and storage basins.  Area flooding happens when intense rain results in runoff that cannot be handled by the streams, pipes or storage basins in that area.  A 100-year design storm has a 1% chance of occurring in any given year.   It is important to understand, that while there is a 63% chance the  100 year storm will happen in a given 100 year period, it is also  possible (about a 5% chance) that two 100 year storms may occur in a 5 year period.  If a 100-year design storm happens in 2020, there is still a 1% chance the 100 year flood will happen in 2021.

Stormwater culverts and pipe are typically designed to contain and convey a 10-year design storm.  This is the storm with a 10% chance of happening in any given year.   When a storm larger than the 10 year storm occurs such as a 100-year design storm, stormwater that does not fit in the streams or pipes will run down streets and flood natural low points in the land.   The area that floods in the 100-year design storm is the 100-year floodplain.

For the drainage of the CSO 125 project, a relatively short rainfall (less than one hour) of very high intensity rain would typically be identified to design the facilities to prevent flooding up to the 100-year storm.  Rainfall volume charts of return frequencies covering 10-year and 100-year design criteria are produced for time periods of 5 minutes up through multiple days.   The charts show a volume of rainfall (inches) for a given frequency and period of rainfall.  This can be translated into a rainfall intensity (inches per hour).  The intensity is directly rated to the runoff peak flow rate (cubic feet per second - CFS). For example, the 30 minute 100 year rainfall is estimated at a volume of 2.03 inches (NOAA) (in 30 minutes) or an intensity of 4.06 inches per hour.  The 30 minute 10 year rainfall is about 25% less at 1.53 inches or 3.06 inches per hour and the 30 minute rainfall that is expected about once a year is 0.944 inches or 1.888 inches per hour.  Based on this the 100-year storm will produce approximately twice the peak runoff rate of the 1 year storm.

The following is a graphic and a summary of the Gauge Adjusted Radar Rainfall data (GARR)[3] for the June 2019 storm:

|  | Period | | | |
|---|---|---|---|---|
|  | 5- Min Raw Data | 30-min Avg | 60- min | Total 16 hr Event |
| Peak - In/Per | 0.265 | 0.184 | 0.112 |  |
| Peak inches | 0.265 | 1.104 | 1.344 | 3.813 |
| Inches/hr | 3.18 | 2.208 | 1.344 | 0.238313 |
| Time | Z06160155 | Z06160205 |  |  |



There are six GARR locations plotted above shown by series 1-6.  As shown, these generally overlap.  The 5 minute peak intensity is less that a one year storm. The 30 minute peak intensity is about a 2 year storm.  The 60 minute duration is also about a 2 year storm and the full storm is a 10-year storm. Because the basin is relatively small, a short 30-60 minute peak rainfall drives the peak flow.  Thus the peak flow was most likely in the range of a 2-year storm. However, the total volume of the storm is closer to a 10 year storm.  As a result the total volume of water delivered in this rainfall event is from a storm has about a 10% chance of occurring in any given year.  The June 2019 storm was a relatively large event on a volume basis, but a typical 2-year event on a peak flow basis.

Peak flow upstream of the North Basin is estimated to be 900-1,000 CFS based on the GARR information, MSDGC modeling, and Cincinnati Stormwater Management Rules and Regulations (Works, 1990).

---

[3] Gauge-Adjusted Radar Rainfall (GARR) combines rain gauge measurements at a point with the spatially distributed information from NEXRAD radars to estimate  rainfall away from the rain gauge.

Conclusion

While the June 2019 storm was large, it was substantially smaller than a 100-year design event called for in the Basis of Design (Smith, 2017). This storm should not have resulted in the North Basin Embankment breach if the design functioned as intended.

## 2. Hydrology and Hydraulics
### Evaluation - MSD SWMM Model

To size pipelines and storage basins, it is necessary to estimate from the rainfall flow rates of water that run off the land. There are several means of estimating flow from rainfall. CDM used a calculation framework called the Storm Water Management Model or SWMM. SWMM is used for planning, analysis, and design related to stormwater runoff, combined and sanitary sewers, and other drainage systems. It can be used to evaluate stormwater controls, such as pipes and storage basins. MSDGC utilizes a custom SWMM model to address Combined Sewer Overflow control needs. To utilize SWMM, a considerable amount of data and analysis is need. Over a long period of time, MSDGC has invested in the development of a SWMM model customized to the District. SWMM models are typically built originally as a planning tool. Pipes and drainage area information are built into the model. Rainfall is used to calibrate the model to local conditions. As projects move into design, critical parts of the model may be refined and recalibrated to assist in building facilities of the correct size. The MSDGC SWMM model was initially developed by CDM Smith and then updated/calibrated by CDM and other MSDGC consultants as follows:

- 2000-2003 CDM builds MSDGC's custom SWMM model (including the West Fork)
- 2004 CDM delivers the Capacity Assessment Report Plan Report
- 2009 – 2014 XCG manages the model
- 2011 Arcadis produces the West Fork Branch Model Update
- 2016 – 2017 Arcadis Recalibration of the Westwood Northern Bundle and CSO 125
- MSDGC delivers the calibrated model to CDM for the design of the Martha and North basins, CSO 125 Stream Separation Phase C

The CDM 30% Design Memorandum (CDM Smith, 8-10-2010) includes the following design flows:

**Table 2.1**
**Summary of North Basin Outlet Structures**

| | | Higher/Longer Weir | Lower/Shorter Weir |
|---|---|---|---|
| North Basin Physical Design Parameters | Top of Berm (ft) | 562.00 | 562.00 |
| | Detention Invert (ft) | 540.10 | 540.10 |
| | Weir Length (ft) | 380.00 | 150.00 |
| | Weir Crest Elevation (ft) | 560.00 | 559.20 |
| | Weir Distance Above Invert (ft) | 19.90 | 19.20 |
| | BOP Inlet Control | 12" @ 540.10 15" @ 545.60 | 12" @ 540.10 15" @ 545.60 |
| | BOP Pipe Size (in) | 36 | 36 |
| North Basin Design Storm Results | 100-year WS Elev. (ft) | 560.96 | 560.98 |
| | Head over Weir (ft) | 0.96 | 1.78 |
| | Freeboard (ft) | 1.04 | 1.02 |
| | Total 100-yr Peak Q (cfs) | 1117.72 | 1109.67 |
| | Weir 100-year Peak Q (cfs) | 1075.02 | 1066.94 |
| | BOP 100-year Peak Q (cfs) | 42.70 | 42.73 |

The peak flows shown above were based on the MSDGC SWMM model.

Various methods were used to check this design peak flow that CDM derived from the SWMM[4] model. These methods include those typically used for the assessment of large rainfall events including the Rational method, TR-20 and TR 55. Conservative time of concentration and soils class were used. All of these methods result in 100 year design flows much higher than determined in the CDM Basis of Design (Smith, CSO 125 Stream Separtion Project No,. 10240018 Basis of Design Memorandum Final Design Update, 2017).

The CDM was scope of services include validation of the MSDGC SWMM model. The following is from CDM's Task Order 098090053:

---

[4] Stormwater Management Model (SWMM) is used by MSD and others for planning, analysis, and design related to stormwater runoff, combined and sanitary sewers, and other drainage systems.

TASK 3.5      Modeling
The modified System Wide Model developed in the planning phase of this project will be updated based upon current flow monitoring data within the CSO 125 watershed. Modeling of the Concept Design will primarily focus on a sensitivity analysis that optimizes the systems functionality based on the following parameters:

- Available detention basin volume based on site survey, physical site conditions, and detail design
- Basin outlet pipe capacity
- Detention basin release rate to the basin outlet pipe
- Outlet structure configuration and "overflow" weir wall elevation and length
- Freeboard requirements to pass peak wet weather flow rates

The sensitivity analysis will use typical year model simulations to evaluate the benefits of the CSO 125 improvements. The sensitivity analysis will also evaluate the system against flood protection/control for the 1-year, 5-year, 10-year, 25-year, and 50-year design storm events.

Consultant will submit preliminary modeling results within the Design Memorandum at the 30% Design Submittal and final modeling results at the 60% Design Submittal. Modeling results incorporated into the 60% Design Submittal serve as the final hydraulic basis of design. Modeling after the 60% Design Submittal is not anticipated and has not been included within Exhibit B.

The CDM work product for the above task has not been reviewed. The above Task 3.5 contract language calls for CDM to update the model for multiple purposes including

1) Configuration of the outlet structure,
2) Overflow weir and
3) Freeboard.

It is important to note that the MSDGC model as originally developed by CDM and refined by Arcadis and XCG does not appear to be intended for the system functionality described above. The SWMM model as originally developed and later refined is intended to size facilities for CSO controls.  CSO controls are typically designed to address storms that happen multiple times per year, not for storms that occur as infrequently as once every 25-100 years as called for in the scope above.  Typically, very large calibration storms would be preferred to validate the model for the functions described above.  The need for CDM to examine the model and make updates would be expected and was contracted for.

The SWMM Model utilized by CDM failed to include provisions to retain flow or address overland flow from flooded nodes.  Accounting for and addressing the flooded node issue was included in the  intent and specifics of the CDM Task 3.5 shown.  This was not done.  In SWMM, flooded nodes are locations where the hydraulic grade line of a pipe is calculated to be at or above a manhole rim. If the hydraulic grade line is above the manhole lid, it is typically leaking flow.  For the design of the North Basin, flooded nodes indicate flow that cannot be conveyed by the Combined Sewer.  This results in overland flow that either never gets into the pipe system or escapes manholes.  For CSO design, flooded node flow is not typically modeled to return to the system because such flow represents stormwater that may travel overland to streams and often does not contribute to CSO.  It is also possible for such flow to pool over the manhole and return to the system after the peak flow has passed.  This return flow can be modeled with SWMM by

creating a pool that functions like a storage basin on top of the pipe. SWMM is not typically used to address flooded node flow that is conveyed overland.

Flooded nodes are shown below from CDMs 30% design report (CDM Smith, 8-10-2010)[5].

**EXHIBIT 2.3**



Profile Through North Basin Site: 100-year Design Storm, Existing Conditions

Note that flooded nodes are shown along much of the reach for existing conditions. Based on this, CDM had in its possession information indicating flooded nodes existed and that the SWMM modeled flows would as a result be underestimated. These facts known at the 30% design phase, indicate the model needed to be updated as called for in the scope of work shown above.

MSDGC Staff also provided the following excerpt from the "System Wide Model Executive Summary March 2003," prepared by CDM when it developed the model:

---

[5] Flooded nodes include locations where the HGL (in blue) is show at the top of the manhole node. Water is escaping from the model at these locations.

*Figure 64* is an example of the ability to view the DWF model results in Arcview.

Wet weather flow results from the 10-year design storm runs are also available in CAGIS in two Arcview shapefiles; a file for pipes with flow data and a file for manhole data including water elevation and flooding data. All modeled sewers were simulated with a 10-year design storm. The output results from the model runs are available to MSD in the Arcview environment. The wet weather flow data includes information such as maximum flow, ratio of maximum flow to pipe capacity, maximum water elevation at each manhole, and estimated volume lost from manhole that experience flooding. These model results help MSD personnel understand the performance of the collection system across the System Wide Model study area under the 10-year design storm conditions.



This March 2003 CDM document indicates that CDM was not only aware of the lost water at node issue but had developed estimates of the volume.

To address the issue of flooded nodes and to provide an approximate estimate of the 100 year design flows, MSDGC staff constructed and ran a SWMM model as part of this evaluation. That design flow check resulted in a 100-year design flow of approximately 1,840 CFS. This MSDGC design estimate 0f 1,840 CFS is approximately 67% higher than the CDM 1,100 CFS basis of design discussed above.

The following chart shows the results of the MSDGC SWMM modeling, estimated June 2019 and 10 year design flow estimated by the Rational Method and confirmed by proportionality to the MSDGC SWMM output using NOAA frequency tables for Cincinnati.[6]

| Approximate Summary of Flows - CFS | |
|---|---|
| 100 year Design Flow CDM BOD | 1,100 |
| 100 year Design flow MSD SWMM | 1,840 |
| Estimated June 2019 Flow | 1,000 |
| Estimated 10 year Design Flow | 1,300 |
| 96' Combined Sewer Capacity Below NB | 1,100 |
| 96" Combined Sewer Capaity Above NB before NB Construction | 1,050 |
| 96" Combined Sewer Capaity Above NB after NB Construction | 1,340 |
| Overland Flow 100 Year Storm | 720 |
| Overland Flow 10 year Storm | 200 |
| | |
| | |
| 100 year Storm Increased Capture with NB - CFS | 170 |
| 100 year Storm Increased Capture with NB - % | 8% |

---

[6] References to "NB" in the chart refer to the North Basin.

### Conclusion

The model developed by CDM, managed by XCG, refined by Arcadis, and used by CDM to design the project underestimated the flows to be addressed in the design.

MSDGC SWMM modeling for the 100 year storm indicates that the construction of the North Basin improves the ability of the conveyance system above the North Basin to convey flow to the area of the North Basin. However, the conveyance below the North Basin is similar with and without the project.

## 3. Conveyance into the North Basin

### Evaluation

As discussed above, Kirby Road flooded at the location shown in Photo KR1 above. The MSDGC SWMM modeling evaluation indicated that capacity of the conveyance system was more than adequate to convey the estimated June 2019 flow.

The MSDGC SWMM model includes data that is used to calculate pipe capacity. These data include pipe size, pipe type, slope, fittings, and more. Calculations use these data to estimate the pipe capacity. It is possible that one or more of these data in the MSDGC SWMM model are incorrect. The calculations also assume that the pipe is not clogged, seriously deteriorated or broken. One possibility is that debris clogged the KR1 inlet. However, discussions with MSDGC staff do not indicate heavy debris was collected at the KR1 inlet after the storm.

### Conclusion

It is clear that Kirby Road flooded. It is not known which of these issues caused the flooding.

## 4. North Basin Outlet Structure to the Combined Sewer

### Evaluation

As shown in the CDM Table 2-1 above, the CDM design called for the Outlet Weir and the North Basin Outlet Structure to convey at least 1,066 CFS. This design value was much lower than the 1,840 CFS needed to convey the 100 year storm. The Combined Sewer below the North Basin does not have sufficient capacity to carry the 100 year design storm. This was the case before the CSO 125 project was designed. When the capacity of the existing Combined Sewer is exceeded, the North Basin will fill and overflow the embankment.

A second issue relates to the capacity of the outlet structure. The outlet structure design drawings are shown below:



The design evaluates this outlet structure as a straight weir with 56 feet of total length and a depth of 3.2 feet at the design flow. Straight weirs of this type have even flow with little interference or turbulence. Such a configuration produces high flow for each foot of weir, meaning that in a basin using a straight weir, flow would enter the outlet structure less interference.



CDM Calculations based on a long straight rectangular weir –

The actual North Basin Outlet Structure arranges the weir as a box with flow lines in plan (looking down on the structure from above) as shown below:



Corner interference
Prevents smooth Flow Lines

As show in the figure above, the box weir design has multiple interferences that disrupt even flow and reduces the actual weir capacity due to interference at the corners.  The box design also results in flow from one side of the box potentially impeding flow from the other side as shown in the sideways view below.



Nappe Interference could Result in air entrapment and Potential instability

Nappes meet near the level of upstream Flow reduction

When flow cascades over the outlet structure walls it projects outward toward the center of the structure.  This projected flow is referred to as a nappe.  Flow from four sides of the outlet structure strike each other before reaching the crown of the Combined Sewer.  In addition, there is an air gap below each nappe.  Finally, the nappes intercept at an elevation where there is the potential for the downstream impact can slow the flow over the weir.  Air entrainment can be a major cause of surging and reduction in weir capacity. In simple terms, this reduces the amount of flow that can enter the outlet structure (and the Combined Sewer as a result) when the Basin is at capacity.  The conventional weir hydraulics utilized by CDM are inadequate to definitively evaluate air entrainment in this structure.

In addition, the Outlet Weir design includes a trash rack that also impedes and redirects the flow in a manner that is likely to reduce the flow.  It is difficult to predict with standard weir calculations.  As shown by the red arrows in the conceptual figure below, unlike a straight weir, the trash rack has the potential to divert flow in multiple directions, and to impede and reduce the flow into the Combined Sewer as a result.



There are no photos or witnesses showing the water surface elevation or the weir issues described above. The following photo taken after the event shows debris on top of the trash rack indicating the flow may have topped El + 558.



Dirt Accumulated on trash rack top rung          Sticks hanging on top of trash rack

### Conclusion

Three factors described above reduce the capacity of the outlet structure including: 1) box weir 2) nappe interference 3) trash rack interference. Standard engineering practice weir calculations are not adequate to predict the actual capacity of this structure as designed. If as indicated by these factors, the Outlet Structure cannot reliably utilize the full capacity of the Combined Sewer, flooding could result at increased frequency compared to before the North Basin construction. Where, as here, capacity is critical, computational hydraulics may be applied or more definitely, models can be constructed to determine the expected performance.

5. Spillway

### Evaluation

A spillway is a structure used to provide controlled release of high flows from the basins to the downstream area. For the basins constructed in this project the spillway would typically discharge to the area of the previous streambed. Spillways are needed to ensure that the water does not overflow and damage or destroy the basin embankment and to direct flow to safe flow paths. If the embankment is topped without a proper spillway, the embankment can be washed away creating a breach and the water in the basin can be suddenly released causing more flooding than would have occurred without the basin.

Both the North Basin and the Martha Basin have outlet structures that can convey some of the design flow. This reduces the spillway capacity needs. As designed and constructed, the Martha Basin has both outlet structures and a designed spillway. The Martha Basin spillway discharges to a short channel that

enters a 24" inlet that leads back to the 96"x92" combined sewer.  The North Basin design does not include a spillway.

### Conclusion

Spillway needs are discussed in the "Design of Small Dams (Interior, 1987)" referenced by CDM in the Bases of Design (CDM Smith, 8-10-2010).  Some of those needs do not appear to be fully addressed in the actual constructed project including the following:

- The basin embankment design needs to hold back the stored flow without damage to the embankment.
- The spillway needs to convey the 100 year flow[7] that cannot be carried by the outlet structures
- The spillway and flow way below the spillway needs to be constructed to prevent erosion of the spillway and embankment
- The flow downstream of the spillway should not cause an increase in flooding over the pre-project condition.

## 6.  Embankment Design and Construction

### Evaluation

The embankments are structures that must be adequate to hold the pressure of the stored flow.  The bases of design for the embankment would typically include a geotechnical report with recommendations on allowable soils, slope and compaction.  This information has not been provided or reviewed.   This does not mean the embankment structural characteristics are inadequate.

North Basin Spillway - As discussed above even if the North Basin outlet structure can fully utilize the capacity of the existing Combined Sewer, the 100 year flow greatly exceeds the capacity of the existing Combined Sewer.  Based on Table 2-1 above and the estimated capacity of the Combined Sewer, the one foot of freeboard provided in the design from the design water surface to the design embankment elevation would be topped in less than 10 minutes at the 100 year storm.  This will cause the North Basin to fill and potentially for the embankment to be breached.

The Martha Basin has a spillway; however, it does not appear to meet freeboard requirements (discussed below).  In addition, the capacity of the inlet structure below the Martha Basin to convey flow to the existing Combined Sewer is questionable.

### Conclusions

A North Basin spillway designed to carry the flow not carried by the Combined Sewer is needed.  The Martha Basin spillway should be modified to meet freeboard requirements and the inlet structure capacity should be increased to ensure the maximum practical flow is conveyed to the Combined Sewer.

## 7.  Available Freeboard

### Evaluation

As discussed above, spillways are used to convey flow out of the basins when high flows fill the basin.  Adequate spillways require some level of protected embankment above the high water surface of the

---

[7] The 100-year design flow criterion needs regulatory approval.

flowing spillway as a factor of safety and  to protect the embankment from washout.  This additional embankment above the flowing spillway is freeboard.

Freeboard is the difference in elevation between the maximum water surface and the embankment's lowest elevation.  Freeboard provides an additional measure of safety of the dam to account for the uncertainties in accurately estimating reservoir water surfaces and wave heights, and uncertainties in reservoir operation and structure performance.

### Conclusions

Both Basins require an adequate spillway.  The Martha Basin has a spillway but does not have adequate freeboard.  As described above, the North Basin does not have a designed spillway and no freeboard is provided.   This lack of a North Basin Spillway with adequate freeboard removed not only the needed spillway, but the factor of safety freeboard typically provided for this type of structure. (Interior, 1987)

## 8. Status of construction

### Evaluation

As shown in photos and described by MSDGC staff, the North Basin embankment was breached.  The potential causes of the breach that were evaluated include the following:

- The embankment was incomplete and below the design level.
- The embankment had insufficient freeboard.
- The lack of vegetation reduced the efficacy of the embankment.
- The North Basin outlet structure as designed was unable to pass the June 2019 storm flow, resulting in the water surface rising above the embankment

Each of these is discussed below:

*Was the embankment incomplete and/or below the design level?*

Compaction reports indicate that most of the embankment work was completed in May 2019.  MSDGC inspection staff have indicated that the contractor maintained a concrete parking pad and corresponding dip in the embankment in the southeast corner to provide for construction equipment to access the basin after the May compaction reports, but whether the dip was present at the time of the June event is unclear.  The following CR-4 May 2019 photo taken during compaction testing shows the area of the concrete parking pad where MSDGC construction staff indicated a dip was present:



Photo CR 4

It is difficult to estimate how many feet below the finished embankment design this dip was.

The following Photo PF1 taken after the June event, shows material placed in the breach by the contractor to impede the flooding.



Photo PF1

If the embankment dip remained during the June event, it may have prevented the North Basin from reaching the designed water surface elevation and contributed to the breach as described above.  As a result, the head available to drive flow over the North Basin Outlet Structure weir may have been

insufficient to divert the full flow capacity of the Combined Sewer. If this is the case, flow that would have normally been conveyed to the West Fork Creek by the Combined Sewer instead would have flowed through the North Basin breach along natural flow paths and Kirby Road toward the homes that flooded and the Martha Basin.

Reports submitted to MSDGC by the contractor indicated that the embankment was complete to design grade prior to the June 2019 storm, but whether the dip remained is unclear. Because the above photograph CR-4 showing the dip was taken in May 2019, it is possible that the contractor completed the embankment prior to the June event, and the concrete drive is not visible in photo PF-1. Therefore, it cannot be stated with certainty whether the dip remained in place at the time of the June event.

*Did the embankment have sufficient freeboard?*

The North Basin embankment design does not have a designed spillway. No freeboard is provided. As a result the embankment was not protected by freeboard. The design does not include provision for directing flow that cannot be handled by the combined sewer.

A spillway with adequate freeboard would have reduced or eliminated the impact of the potential dip in the embankment described above.

*Did the lack of vegetation reduced the efficacy of the embankment?*

The design calls for various types of grass to be planted on the embankment after the completion of the Outlet Structure. Without sufficient vegetation, the efficacy of the embankment is compromised. At the time of the flood, grass had not yet been planted and no temporary erosion control measures were in place. Grass needs sufficient root development to provide effective erosion protection. The construction contract documents call for temporary erosion control measures to be in place if soil is left exposed for a long period of time. Such measures were not installed as called for in the design. However, temporary control measures are not intended to address embankment or spillway protection for flood conditions. For spillways designed for relatively low velocity, established grass vegetation is an effective protection against soil erosion, however it needs time to develop deep roots. The lack of vegetation may have contributed to the widening of embankment breach.

It would be prudent to complete the vegetation cover on the embankment and require the engineer of record to approve project functionality prior to placing the facilities in full use.

*Was the North Basin Outlet Structure adequate to pass the June 2019 storm into the combined sewer?*

There is inconclusive photographic evidence that the water surface was above the trash rack. The trash rack is below the top of the embankment design elevation; however it is unknown what elevation was actually reached. As discussed above, the capacity of the Outlet Structure and the resulting water surface elevation during the June 2019 storm is unresolved. A high water surface due to an inadequate Outlet Structure could have contributed or exacerbated the embankment breach and resulting downstream flooding. It is important that studies be conducted to ensure the Outlet Structure is adequate.

## Conclusion

The status of construction and design aspects relating to construction contributed to the flooding.

9.  Martha Basin 24" storm Inlet to the Existing Combined Sewer

### Evaluation

Based on MSDGC SWMM modeling, for storms that generate flows of 1,100 CFS or less, flow from the area above the North Basin should be contained in the Combined Sewer.  However, for flows above 1,100 CFS that can be expected to occur every 1-5 years, all storm flow may not fit in the Combined Sewer.  This flow will travel overland with much of it flowing into the Martha Basin.  For the 100 year design storm, this overland flow can be 700 CFS or more.  For a 10 year storm, the overland flow is estimated at about 200 CFS.  With such flows the Martha Basin will be filled quickly.  The Martha Basin spillway directs flow to a 24" storm inlet that goes to the 96"x92" horseshoe shaped sewer portion of the Combined Sewer.

The 24" storm is too small to address the excess flows that can be expected from the 10 year storm. This condition existed prior to the CSO 125 project and is reduced by the CSO 125 Project. Flooding at and downstream of the Martha Basin can be expected to be less than prior to the project but still occur at conditions less than the 10 year storm.

### Conclusions

As discussed above, the project does decrease the peak flood flow and reduces the flooding volume.  It may divert flows to areas not previously flooded or it may not.  Flow path and flood elevation studies are needed to address this issue.

10. Basin Outlet Pipe

### Evaluation

The 36 inch Basin Outlet Pipe (BOP) experienced manhole flooding in the vicinity of the Martha Basin during the June 2019 event.  Contributing factors to this flooding appear to be changes to the pipe materials during construction to address poor soils.  Design calculations have not been provided for review; however, it appears aspects of the design included several bends in the pipeline that may or may not have been accounted for in the design BOP pipe capacity.

### Conclusion

The BOP has less capacity than can be delivered to it by the orifice control structures in the Martha and North Basin. This can be addressed by relief of the BOP to the Combined Sewer or reduction in the size of the control orifices.

## Summary of Factors Contributing to the Flooding:

There are multiple factors contributing to June 2019 Flooding.  These include the following:

- Lack of adequate spillways and flow routing
- North Basin Outlet Structure design that may have further reduced flow into the Combined Sewer and may prevent the facility as designed from fully utilizing the Combined Sewer.
- Contractor potentially not completing the embankment to full design elevation prior to placing the North Basin Outlet Structure in service.  If the contractor placed the North Basin Outlet Structure in service before completing the embankment, several factors would likely have contributed to that occurrence:

- o The lack of designer involvement in approving the placement of the North Outlet structure in service.
- o The lack of clarity in the CDM design documents that the completion of the North Basin embankment to full height was critical prior to placing the North Basin online.
  - ▪ This lack of clarity in the design documents would have contributed to the MSDGC inspection staff not being aware of the need for the embankment to be completed prior to placing the North Outlet Structure in service.
- o If a spillway had been provided, and depending on how it was designed, it could have reduced or eliminated negative impact related to the embankment elevation.
- Design documents that allowed the completion of the North Basin Outlet Structure prior to establishing grass on the embankment.
- Debris blocking, and insufficient capacity in the 24" inlet accepting flow from the Martha Basin
- BOP design issues and construction changes resulted in a pipe with inadequate capacity to carry the flow delivered to it by the outlet structure orifices.

In addition, while not confirmed as a factor in the June 2019 flooding, the design significantly underestimates the flow from the design storm. The June 2019 storm was a relatively moderate event that should have fit in the Combined Sewer. A marginally larger storm could be expected to exceed the capacity of the North Basin Outlet Structure and would have washed away the embankment even if there was no dip in the embankment. While construction status may have contributed to the June 2019 flooding, the primary factors are design issues that must be addressed before the project is placed back in service.

## Discussion

The Northside neighborhood has been subject to flooding in the past. The purpose of the CSO 125 project is to reduce the volume of CSO. In addition the CSO 125 Basis of Design Memorandum (Smith, CSO 125 Stream Separation Project No,. 10240018 Basis of Design Memorandum Final Design Update, 2017) included a criterion addressing flooding as follows:

*"Do not worsen exiting (flooding) conditions, improving them where possible"*

The project design and potentially incomplete construction resulted in the existing Combined Sewer being underutilized causing a breach of the North Basin embankment. As a result, more flooding occurred than would have occurred absent the project. The design underestimated the flow to be addressed and as a result did not include adequate provision to address spillway needs and where excess flows would go. Completion and modifications to the project could marginally reduce the occurrence and extent of flooding. However, the project cannot (and never was intended to) eliminate flooding in the future.

## Project Comment:

As discussed above, this project was not intended to relieve the flooding issues in the Northside neighborhood. Should MSDGC or the City of Cincinnati wish to take the stormwater level of control to the typical design level of the 10 year storm, a parallel or replacement of the BOP with a 60"-66" express sewer could be evaluated. A 96" express sewer could be evaluated to address the 100 year storm and

eliminate the need for the Storage Basins.  Routing and construction of such large sewers would be very difficult.

## Recommendations

The calculations performed for this evaluation are not sufficient for final design. The following table shows each of the CSO 125 Project Issues to be addressed in a design update:

| Item | Issue | Action |
|---|---|---|
| 1 | Design Hydrology and Hydraulics | Conduct flow projections meeting Regulatory Guidance & Obtain Approval. Confirm all hydraulics. |
| 2 | Conveyance into the North Basin | Inspect and Survey entire length. Confirm 1) adequate hydraulic capacity and 2) controls and regular maintenance are in place to prevent blocking of the inlets. |
| 3 | North Basin Outlet | Address potential nappe interference and ensure capacity to fully utilize downstream conveyance capacity. |
| 4 | Spillway | Construct regulatory approved spillways in both basins with required freeboard |
| 5 | Flow Path and flood levels | Conduct before and after flow path and flood elevation studies to confirm that the final project does not increase flooding. |
| 5 | Embankment Design | Review Embankment geotechnical and structural design, provide adequate spillway and freeboard, confirm standard of care met and obtain Regulatory Approval for project |
| 6 | 24" Martha Basin Outlet to Combined sewer | Evaluate Hydraulics and improve as needed to convey as much flow as practical.  Ensure regular maintenance of inlet. |
| 8 | BOP | Install overflow to Combined Sewer or reduce control Orifice size |
| 8 | Functional Completion | Require Engineer of Record approval prior to placing project in use. |

## Bases for Evaluation

The following were used in this evaluation.  The calculations performed are of a type typically used as a check on more sophisticated calculations used in final design or to meet regulatory requirements.

- Drainage area from CDM Basis of Design
- Rainfall from July 2019 CDM Report
- Slope estimated from USGS maps
- Manning's Equation for un-surcharged pipe
- Hazen-Williams for surcharged pipe.
- Standard weir and orifice equations.
- Flow – evaluated several ways including Q= CIA rational method, TR20 and TR 55.
- General – Design of Small Dams, Bureau of Reclamation
- MSDGC Gauge adjusted radar rainfall (GARR) data
- MSDGC SWMM modeling

## References

ARCADIS. (2016). *West Fork Analysis and Update - CSO 125 Basin Outlet Pipe Size Determination -MSDGC Project ID # 10280235 .* Cincinnati.

ARCADIS. (2-3-2017). *West Fork Model Calibration - Flow Monitoring Schematic.* Cincinnati.

CDM Smith. (2018). MSDGC - Project 1024019 -CSO 125 Stream Separation - Phase C - Contract Drawings and Specifications.

CDM Smith. (8-10-2010). *30% Design Memorandum - CSO 125 Stream Separtin/CSO 125 Sewer enhancements.* Cincinnati.

Interior, U. S. (1987). *Design of Small Dams.*

NOAA. (n.d.). NOAA Atlas 14, Volume 2, Version 3 Cincinnati Station ID 33-1561.

Smith, C. (2017). *CSO 125 Stream Separation Project No,. 10240018 Basis of Design Memorandum Final Design Update.* Cincinnati.

Works, C. o. (1990, December). Stormwater Mangement Rules and Regulations - Part 2 - Stormwater Managment Design Manual. Cincinnati, Ohio.